IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

vs. CASE NO.: 1:07cr7-SPM

RODERICK KENNETH WIMS,

    Defendant.
_____/

## ORDER EXTENDING TIME AND ACCEPTING NOTICE OF APPEAL

This cause comes before the Court on Defendant's § 2255 motion (doc. 34) seeking permission to file a belated appeal. The Court will treat the motion as a notice of appeal and motion for extension of time to file an appeal under Federal Rule of Appellate Procedure 4(b)(4). Upon consideration, it is

ORDERED AND ADJUDGED:

1. The Court extends the time for filing a notice of appeal.

2. Defendant's motion (doc. 34) is treated as a notice of appeal and accepted as timely filed.

SO ORDERED this 17th day of October, 2007.

                      *s/ Stephan P. Mickle*
                      Stephan P. Mickle
                      United States District Judge